# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-50682
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUNEL BENITEZ-LEON;
CALIXTO PEREZ-REBOLLAR,

Defendants-Appellants.

Appeal from the United States District Court
For the Western District of Texas
(DR-96-CR-129-1)

May 29, 1998

Before POLITZ, Chief Judge, JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Raunel Benitez-Leon and Calixto Perez-Rebollar appeal their jury verdict

marihuana convictions for: (1) conspiracy to possess with intent to distribute,

(2) conspiracy to import, (3) possession with intent to distribute, and

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(4) importation.[1] They challenge the sufficiency of the evidence supporting their convictions. The district court denied their motions for acquittal at close of presentation of the evidence and after the jury returned its verdicts of guilty on all four counts.

Viewing the evidence in the light most favorable to the jury's verdict, as we must do, [2] our review of the record and briefs leads inexorably to the conclusion that the evidence was sufficient to support the convictions.[3]

The convictions and sentences are therefore AFFIRMED.

---

[1] 21 U.S.C. §§ 841(a)(1), 846, 952(a), 960(a)(1), and 963.

[2] **United States v. Lombardi**, 138 F.3d 559 (5th Cir. 1998).

[3] **United States v. Casilla**, 20 F.3d 600 (5th Cir. 1994).